ORIGINAL

# In the United States Court of Federal Claims

No. 13-77 C

(Filed January 24, 2014)

FILED

JAN 2 4 2014

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| WYCLIFFE H. ODONOGHUE, | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On November 4, 2013, this court granted plaintiff's motion seeking an extension of time in which to file his response to defendant's motion to dismiss, making plaintiff's response due on or before December 6, 2013. *See* Doc. 15. Plaintiff failed to file his response in accordance with that order.

In a last attempt to elicit a response from plaintiff, the court entered an order on December 13, 2013, directing plaintiff to show cause, on or before January 13, 2014, why the motion to dismiss should not be granted. *See* Doc. 17. Plaintiff was put on notice by the court's order that failure to file a timely response would result in dismissal of his case. *See id.*

Plaintiff has, again, failed to respond. Accordingly, because plaintiff has not presented any justification for filing his complaint beyond the time permitted in 28 U.S.C. § 2501, the case is hereby **DISMISSED** for lack of jurisdiction.

**SO ORDERED.**

James F. Merow
Senior Judge